S. Gilbert WETTRICH, Guardian of Carl Zimmerman, Appellant, v. The UNITED STATES of America, Appellee.

No. 7807.

Circuit Court of Appeals, Sixth Circuit.
March 14, 1939.

Klein & Diehm, of Cleveland, Ohio, for appellant.

E. B. Freed and F. Wiedemann, both of Cleveland, Ohio, and Julius C. Martin, Wilbur C. Pickett, and Young M. Smith, all of Washington, D. C.

Before HICKS, ALLEN, and ARANT, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and argument of counsel, and it appearing to the court that there was not substantial evidence that appellant's ward, Carl Zimmerman, became totally and permanently disabled during the life of the war risk insurance policy sued on, and that there is no reversible error upon the record, it is therefore ordered and adjudged that the judgment of the District Court be, and the same is, in all things affirmed.

ZENITH RADIO CORPORATION, a Corporation, and Zenith Radio Distributing Corporation, a Corporation, Defendants-Appellants, v. UNIVERSAL BATTERY CO., a Corporation, and Elisha N. Fales, Plaintiffs-Appellees.

No. 6828.

Circuit Court of Appeals, Seventh Circuit.
Dec. 19, 1938.

Before SPARKS, Circuit Judge.

SPARKS, Circuit Judge.

On motion of counsel for appellees, consented to by counsel for appellants, and upon consideration of the certificate of the Clerk of the District Court of the United States for the Northern District of Illinois, Eastern Division, filed this day, it is now here ordered, adjudged and decreed that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed, without costs to any of the parties.

It is further ordered that the mandate of this court in this cause issue forthwith.